UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   INDICTMENT

        - v. -                 :   22 Cr. 428

GREGORY DRAINE,                    :

        Defendant.             :

- - - - - - - - - - - - - - - - x

### COUNT ONE
(Felon in Possession of Firearm)

The Grand Jury charges:

1. On or about November 5, 2021, in the Southern District of New York, GREGORY DRAINE, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a black Mossberg Model-590 20-gauge shotgun bearing serial number V0718051, and the firearm was in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1))


_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GREGORY DRAINE,

                  Defendant.

## INDICTMENT

22 Cr. 428

(18 U.S.C. § 922(g)(1))

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson