| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>81 Main Street, Suite 300<br>White Plains, N.Y. 10601-4150<br>Tel: (914) 428-7124  Fax: (914) 948-5109 |
| David E. Patton<br>*Executive Director<br>and Attorney-in-Chief* | Southern District of New York<br>Jennifer L. Brown<br>*Attorney-in-Charge* |

July 5, 2023

<u>Via Email and ECF</u>

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

      Re:    United States v. Gregory Draine
              22 Cr. 428

Dear Honorable Seibel:

      In relation to Mr. Draine's sentencing, attached please find a letter from Mr. Draine.

                                                  Respectfully,

                                                  //s

                                                  Benjamin Gold
                                                  Assistant Federal Defender

cc:    Assistant U.S. Attorney Qais Ghafary
        Assistant U.S. Attorney Kingdar Prussien