June 28, 2023

To the Honorable Cathy Seibel,

    I am writing to apologize for stupidly possessing a gun on November 5, 2021.  I did this to try to intimidate someone which I now realize was dumb, but I want you to know that I was not trying to hurt anyone.  I would like to apologize to anyone affected by this, including the people whose home was hit, especially the children who were nearby.

    I know my record is bad but I want you to know I was doing well.  I was last released from jail in Virginia in September of 2016 and I did well for a number of years.  I worked construction and then at FEDEX and the Christmas Tree Shop and I spent a lot of time reconnecting with my family.  Then I lost my job at FEDEX in 2021 and things spiraled out of control.  I promise when I am released I will stay out of trouble and get a job and most importantly spend time with my family.  My family, specifically my mom, sisters, nieces and nephews, have all been great to me and I thank them for their love.

    Again I would like to apologize.

                                  Sincerely,

                                  Gregory Draine